UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CAPITOL SPECIALTY INSURANCE CORPORATION,<br><br>      Plaintiff,<br>v.<br><br>STRATEGIC INSURANCE PARTNERS, INC.,<br><br>      Defendant. | Civil Action No.: 2:19-cv-18358-MCA-ESK<br><br>**STIPULATION TO DISMISS ALL CLAIMS PURSUANT TO FED. R. CIV. P. 41 (a)(1)(A)(ii)** |

  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Capitol Specialty Insurance Company dismisses this action with prejudice. This stipulation is executed by or on behalf of all parties who have appeared in this action.

                 Respectfully submitted;

Dated: October 28, 2021

                 SCHENCK, PRICE, SMITH & KING, LLP

                 By: */s/John P. Campbell*
                 John P. Campbell
                 220 Park Avenue
                 Florham Park, NJ 07932
                 *Attorneys for Plaintiff, Capitol Specialty Insurance Corporation*

                 FINAZZO COSSOLINI O'LEARY MEOLA & HAGER, LLC

                 By: */s/Brendan Wengerter*
                 Brendan Wengerter
                 67 East Park Place, Suite 901
                 Morristown, NJ 07960
                 *Attorneys for Defendant, Strategic Insurance Partners, Inc.*

                 SO ORDERED

                 *s/Madeline Cox Arleo*
                 MADELINE COX ARLEO, U.S.D.J.

759422.000038 4844-5665-7087.1

                 Date: 10/29/21